# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Steven Cecil Barrett**

       Plaintiff(s)

vs.                                   **CASE NUMBER: 5:22-cv-177 (DEP)**

**Commissioner of Social Security**

       Defendant(s)

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: ORDERED, as follows: Defendant's motion for judgment on the pleadings is GRANTED. The Commissioner's determination that the plaintiff was not disabled at the relevant times, and thus is not entitled to benefits under the Social Security Act, is AFFIRMED.

All of the above pursuant to the order of the Honorable David E. Peebles, dated the 24th day of February, 2023.

DATED: February 24, 2023

_____
Clerk of Court

                                         s/Kathy Rogers
                                         Deputy Clerk